IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HEIDI ANN MATLOCK**                                                                       **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO. 1:09-cv-510-HSO-JMR**

**VICKI FLAKE**                                                                             **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate John M. Roper [3-1] entered in this cause on September 3, 2009. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned cause should be and is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 25th day of September, 2009.

                                                     *s/ Halil Suleyman Ozerden*
                                                     HALIL SULEYMAN OZERDEN
                                                     UNITED STATES DISTRICT JUDGE\